PERRY A. IRVINE, CSB 39172
LAW OFFICES OF PERRY A. IRVINE
635 Bryant Street
Palo Alto, California 94301-2502
Tel: (650) 328-3001
Fax: (650) 328-2934

Attorney for Defendants
Michael H. Gottesman and Matthew J. Gottesman

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. GASTON and DOUGLAS GASTON, individually and as shareholders of Vizions, Inc., suing on behalf of themselves and all other shareholders of the corporation, Vizions, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW H. GOTTESMAN, an individual; MICHAEL J. GOTTESMAN, an individua; and VIZIONS, INC., a Delaware corporation<br><br>Defendants. | Case No. C06 07840MMC<br><br>**STIPULATION AND ORDER CONTINUING DATES FOR MEET AND CONFER, FOR FILING FILING JOINT ADR CERTIFICATION, FOR COMPLETING INITIAL DISCLOSURES AND INITIAL CASE MANAGEMENT CONFERENCE** |

Defendants Matthew J. Gottesman and Michael H. Gottesman (Gottesman Defendants) and Plaintiffs Michael D. Gaston and Douglas Gaston (Gaston Plaintiffs), by their respective attorneys of record, stipulate as follows:

1. The Gottesman Defendants have filed a motion, set for April 13, 2007 for an order transferring this action to the United States District Court for the District of Arizona, Tucson Division, pursuant to 28 U.S.C. § 1404 (a), or to either dismiss this action for improper venue, or transfer for improper venue pursuant to 28 U.S.C §14-6(a).

2. Perry A. Irvine, counsel for the Gottesman Defendants, will be absent from his office from February 10, 2007 until March 19, 2007 while co-teaching a course in Tanzania on commercial law

1  skills to members of the Tanganyika Law Society and associated travel, which program is sponsored
2  in the United States by the International Senior Lawyers' Project of New York, NY.
3  3     The Order Setting Initial Case Management Conference requires the parties to meet and
4  confer regarding initial disclosures, early settlement, ADR process selection and discovery plan on
5  or before March 9, 2007, to complete initial disclosures, file Case Management Statement and file
6  and server Rule 26(f) report on or before March 23, 2007 and to attend a Case Management
7  Conference on March 30, 2007.  Due to counsel's absence as described above and to the distance
8  between his office and the offices of the Gottesman Defendants located in Tucson Arizona and the
9  possibility that, should the Court grant the pending motion for change of venue, other counsel may
10 be representing the Gottesman Defendants if the case is transferred to Tucson, the parties, through
11 their respective counsel, request the Court to modify the initial schedule as follows:
12 •     The meet and confer requirements in the Order Setting Initial Case Managment Conference
13        shall be met no later that March 31, 2007
14 •     The initial disclosures and associated requirements shall be completed by April 13, 2007
15 •     The Case Management Conference shall be held on April 20, 2007 at 10:30 a.m. if the matter
16        is not ordered transferred to the United States District Court for the District of Arizona,
17        Tucson Division, or otherwise dismissed.

18 Dated: February 6, 2007                    LAW OFFICES OF PERRY A. IRVINE
19
20                                            By__s/Perry A. Irvine_____
                                                  Attorney for Defendants
21                                                Michael H. Gottesman & Matthew J. Gottesman

22 Dated: February __, 2007                   VERNON LAW FIRM
23
                                              By__ s/ Stephen M. Vernon_____
24                                                Attorneys for Plaintiffs

25                                         **ORDER**
26        Upon reading the foregoing Stipulation and good cause appearing therefor:
27        **IT IS HEREBY ORDERED** that such Stipulation be, and it, approved and the schedule
28 requested in such stipulation is adopted as the Order of this Court, with all of the parties to comply

1  therewith, ~~with such schedule.~~ with the exception that the Case Management Conference is continued to April 27, 2007, and a Joint Case Management Statement shall be filed by April 20, 2007.

2  Dated: February 12, 2007

                                              /s/ Maxine M. Chesney
                                              UNITED STATES DISTRICT JUDGE